AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-175-MHC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Cedartown Attn: Andrew Carter
was received by me on *(date)* 9-15-2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Andrew Carter , who is designated by law to accept service of process on behalf of *(name of organization)* City of Cedartown on *(date)* 9-16-2021 @ 10:25 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-16-2021

Nan Winkelman
*Server's signature*

Nan Winkelman Process Server
*Printed name and title*

PO Box 388 Rome GA 30162
*Server's address* 706-346-4558

Additional information regarding attempted service, etc:

Print    Save As...    Reset