# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MANFRED KEAIS, *as Administrator of the Estate of Eric Christopher Keais*, *Deceased*, ) ) ) ) | |
| Plaintiff, ) ) | **JURY TRIAL DEMANDED** |
| v. ) ) | CIVIL ACTION FILE 4:21-CV-00175-MHC |
| RALPH WILLIAM DOVER, III; OTHEL D. KELLEY, III, JAMES C. NEWSOME, JR., and CITY OF CEDARTOWN, ) ) ) ) ) | |
| Defendants. ) ) | |

## MOTION TO FILE SECOND AMENDED COMPLAINT

COMES NOW Plaintiff Manfred Keais, and respectfully requests that this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), permit him to file a Second Amended Complaint in this action. Attached as Document #1 is Plaintiff's Memorandum in Support of Motion to File Second Amended Complaint. Attached as Document #2 is Plaintiff's proposed Second Amended Complaint.

Respectfully filed, this 1st day of December, 2021.

INFINITY TRIAL GROUP, P.C.


_____
Min J. Koo
Georgia Bar No. 140984
*Attorney for Plaintiff*


One Atlantic Center
1201 W. Peachtree St., Suite 2300
Atlanta, Georgia 30309
T:  (404) 795-5011 / F: (404) 393-9267
E: Min@InfinityTrial.com

# CERTIFICATE OF SERVICE AND COMPLIANCE

This is to certify that I have this date served a copy of the foregoing MOTION TO FILE SECOND AMENDED COMPLAINT by using the Court's CM/ECF filing system which automatically serves all counsel of record. The undersigned further certifies that the foregoing document has been prepared in accordance with the requirements of Local Rule 5.1(B) of the Northern District of Georgia.

This 1st day of December, 2021.

                                            INFINITY TRIAL GROUP, P.C.

                                            Min J. Koo
                                            Georgia Bar No. 140984
                                            *Attorney for Plaintiff*

One Atlantic Center
1201 W. Peachtree St., Suite 2300
Atlanta, Georgia 30309
T: (404) 795-5011 / F: (404) 393-9267
E: Min@InfinityTrial.com